UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LOWELL E. CRAFT,

        Plaintiff,

vs.                                   CIVIL NO.  5:09-CV-79 (GTS/GHL)

HSBC BANK,

        Defendant.

Appearances:                         Of Counsel:

For Plaintiff:

LOWELL CRAFT, Pro Se
557 Lincklaen
Deruyter, New York

For Defendant:

PHILLIPS, LYTLE LAW FIRM            ANDREW WELLS, ESQ.
437 Madison Avenue
34th Floor
New York, New York 10022

Glenn T. Suddaby, U.S. District Judge

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

      The parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court.  It is therefore hereby

      **ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court.  This judgment

is issued without prejudice to the right of the parties to secure reinstatement of the case within thirty (30) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within thirty (30) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and it is further

    **ORDERED** that the Clerk shall serve copies of this Judgment upon the attorneys for the parties appearing in this action.

Dated:    May 28, 2010
               Syracuse, New York

*[signature]*
Hon. Glenn T. Suddaby
U.S. District Judge