UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LOWELL E. CRAFT,

                Plaintiff,

    v.

HSBC BANK,

                Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No. 5:09-CV-0079 (GTS)(GHL)

---

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for all the parties hereto, that this action is hereby dismissed in its entirety with prejudice, and without costs or fees for any party.

    This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Albany, New York
       June 28, 2010

PHILLIPS LYTLE LLP

/s/ Andrew J. Wells
Preston L. Zarlock.
Andrew J. Wells
Todd A. Ritschdorff
*Attorneys for Defendant*
Omni Plaza
30 South Pearl Street
Albany, New York 12207
Telephone No.: (518) 472-1224

/s/ Lowell E. Craft
Lowell E. Craft
*Pro se*
527 Lincklaen Center Road
DeRuyter, New York 13052

IT IS SO ORDERED:

_____
Glenn T. Suddaby
U.S. District Judge
Dated: 6/30/10